NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

BRANDON SMITH and MOOOVE IT )
MOVING & STORAGE, LLC, a Florida )
Limited Liability Company, )
          )
       Appellants, )
          )
v. )      Case No. 2D17-4045
          )
APPLE MOVING, INC., d/b/a MOVE2DAY, )
          )
       Appellee. )
_____ )

Opinion filed March 14, 2018.

Appeal pursuant to Fla. R. App. P. 9.130
from the Circuit Court for Collier County;
Hugh D. Hayes, Judge.

Brett David Fisher and James R. Forry of
Blackwell, Vishio & Fisher, PLLC, Fort
Meyers, for Appellants.

Jamie B. Schwinghamer and Allison B.
Christensen of Hahn Loeser & Parks
LLP, Naples, for Appellee.

PER CURIAM.

       Affirmed.

VILLANTI, BLACK, and SALARIO, JJ., Concur.